UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| MICHAEL CHRISTOPHER FORD, | ) |
| Petitioner, | ) Case No. 1:06-cv-144 |
| v. | ) |
| | ) Honorable Richard Alan Enslen |
| DAVID KING, *et al.*, | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

This is a habeas corpus action filed by a state prisoner pursuant to 28 U.S.C. § 2254. On April 18, 2006, the Court entered an Order requiring Petitioner to file an amended petition on the form provided by the Court. The Court allowed 30 days for Petitioner to comply. Petitioner was warned that if he failed to comply, the Court may dismiss his action without prejudice.

More than 30 days have elapsed. Petitioner failed to file an amended petition on the form. Because Petitioner has wholly failed to comply with the Court's Order, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore:

**IT IS HEREBY ORDERED** that the captioned case is **DISMISSED** without prejudice.

DATED in Kalamazoo, MI:      /s/ Richard Alan Enslen
June 12, 2006               RICHARD ALAN ENSLEN
                            SENIOR UNITED STATES DISTRICT JUDGE